COPY

FILED

2013 JAN 17 PM 12: 23

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY_____

1. MELINDA S. RIECHERT, State Bar No. 65504
   mriechert@morganlewis.com
2. MORGAN, LEWIS & BOCKIUS LLP
   2 Palo Alto Square
3. 3000 El Camino Real, Suite 700
   Palo Alto, CA 94306-2122
4. Tel: 650.843.4000
   Fax: 650.843.4001

5.
6. HIEN NGUYEN, State Bar No. 229794
   hnguyen@morganlewis.com
7. MORGAN, LEWIS & BOCKIUS LLP
   300 South Grand Avenue, Twenty-Second Floor
   Los Angeles, CA 90071-3132
8. Tel: 213.612.2500
   Fax: 213.612.2501

9.
   Attorneys for Defendant
10. Owen & Minor Distribution, Inc.

11. UNITED STATES DISTRICT COURT

12. CENTRAL DISTRICT OF CALIFORNIA

13. WILLIAM SPEAR,                           Case No. CV13-00360 MMM (AJWx)

14.        Plaintiff,                        [Los Angeles Sup. Ct. Case No. BC497342]

15.    vs.                                   **DECLARATION OF ROSEMARIE W. FRANCE IN SUPPORT OF DEFENDANT'S NOTICE OF REMOVAL**

16. OWENS & MINOR DISTRIBUTION,
    INC., a Virginia corporation;
17. and DOES 1 to 150, inclusive,
                                             [28 U.S.C. §§ 1332, 1441, AND 1446]
18.        Defendants.
                                             **COMPLAINT FILED: DECEMBER 12, 2012**
19.

20.
21.
22.
23.
24.
25.
26.
27.
28.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

DB2/ 23801213.2

I, Rosemarie W. France, hereby declare:

1. I am the Assistant Corporate Secretary of Owens & Minor Distribution, Inc. ("Defendant") and have been employed by Defendant and its parents and predecessors since 1997. Because of my job duties, I know the facts in this declaration to be true of my own personal knowledge, except where such facts are stated to be based on information and belief, and those facts I believe to be true. If called as a witness, I could and would testify competently to the matters set forth in this declaration.

2. Defendant is now, and ever since this action commenced on December 12, 2012, has been, a corporation organized and existing under and by virtue of the laws of the Commonwealth of Virginia, with its principal place of business in Mechanicsville, Virginia. Defendant's corporate headquarters are located in Virginia, and its corporate books and records are located in Virginia. The majority of its executive and administrative functions are performed in its Virginia headquarters. Moreover, its chief executive officer, president, and chief operating officer all work in Virginia. The high level officers who direct, control, and coordinate Defendant's day-to-day activities are located in Virginia.

3. According to his personnel file, Mr. William Spear's last known home address is in California. At the time of his termination, Mr. Spear was paid approximately $33.65 per hour based on an annualized salary of approximately $70,000.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 15th day of January, 2013, at Mechanicsville, Virginia.

*Rosemarie W. France*
Rosemarie W. France

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1

DB2/ 23801213.2