| | |
|---|---|
| 1 | MELINDA S. RIECHERT, State Bar No. 65504 |
|   | mriechert@morganlewis.com |
| 2 | MORGAN, LEWIS & BOCKIUS LLP |
|   | 2 Palo Alto Square |
| 3 | 3000 El Camino Real, Suite 700 |
|   | Palo Alto, CA 94306-2122 |
| 4 | Tel:  650.843.4000 |
|   | Fax:  650.843.4001 |
| 5 | |
| 6 | HIEN NGUYEN, State Bar No. 229794 |
|   | hnguyen@morganlewis.com |
|   | MORGAN, LEWIS & BOCKIUS LLP |
| 7 | 300 South Grand Avenue, Twenty-Second Floor |
|   | Los Angeles, CA  90071-3132 |
| 8 | Tel:   213.612.2500 |
|   | Fax:  213.612.2501 |
| 9 | |
| 10 | Attorneys for Defendant |
|    | Owens & Minor Distribution, Inc. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| WILLIAM SPEAR, | Case No.  CV13-00360 |
|---|---|
| Plaintiff, | |
| vs. | **DISCLOSURE STATEMENT** |
| | **[FRCP RULE 7.1]** |
| OWENS & MINOR DISTRIBUTION, INC., a Virginia corporation; and DOES 1 to 150, inclusive, | |
| | **COMPLAINT FILED:  DECEMBER 12, 2012** |
| Defendants. | |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

DB2/ 23811832.1

1  Pursuant to Federal Rules of Civil Procedure Rule 7.1, Defendant Owens &
2  Minor Distribution, Inc. ("Defendant"), by and through their undersigned counsel of
3  record, hereby state as follows:
4  Defendant is a wholly owned subsidiary of Owens & Minor, Inc. No publicly
5  held corporation other than the aforementioned owns ten percent (10%) or more of
6  Defendant's stock.

Dated: February 6, 2013            MORGAN, LEWIS & BOCKIUS LLP


By   /s/ Hien Nguyen
   MELINDA S. RIECHERT
   HIEN NGUYEN
   Attorneys for Defendant
   Owens & Minor Distribution, Inc.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

DB2/ 23811832.1

1   Def.'s Disclosure Statement
    [FRCP 7.1]