# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM SPEAR<br><br>　　　　Plaintiff(s),<br><br>　　v.<br><br>OWENS AND MINOR DISTRIBUTION INC, et al.<br><br>　　　　Defendant(s). | CASE NO:<br>2:13–cv–00360–MMM–AJW<br><br>ORDER DISMISSING CIVIL ACTION |

THE COURT having been advised by counsel that the above–entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **30 days**, to re–open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

**IT IS SO ORDERED.**

Dated: December 4, 2013

*Margaret M. Morrow*

―――――――――――――――――
Margaret M. Morrow
United States District Judge

―1―